IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 14-227-KD-N |
| | ) |
| WILLIAM CHARLES CALLAHAN | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 25, 2016, is **ADOPTED** as the opinion of this Court.[1]

Accordingly, Petitioner's Motion to Vacate (Doc. 121) is **DENIED**, and this action is **DISMISSED**. A certificate of appealability shall be **DENIED** and Petitioner is not entitled to proceed in forma pauperis.

**DONE** and **ORDERED** this **27**th day of **December 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Though Petitioner's Reply (Doc. 129) was received after the Report and Recommendation was issued, the Court has considered its contents.